UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                     :
:
       -v.-                                          :      20-cr-363 (PKC)
:
JUDON MCBRIDE,                                :      <u>ORDER</u>
:
                    Defendant.          :
-------------------------------------------------------------------X

CASTEL, U.S.D.J.

       The proceeding of October 9, 2020 at 9 a.m. will be conducted telephonically. The call-in information is as follows:

       <u>Dial-In</u>:       (888) 363-4749

       <u>Access Code</u>:   3667981

As requested, defense counsel will be given an opportunity to speak with his client by telephone approximately fifteen minutes before the proceeding begins (i.e., at 8:45 a.m.). Defense counsel should make sure to answer at the telephone number that counsel previously provided to Chambers.

       Members of the public calling into the proceeding must mute their phones and are not permitted to speak.

       SO ORDERED.

                                                            *P. Kevin Castel* (signature)
                                                            P. Kevin Castel
                                                           United States District Judge

Dated: October 1, 2020
       New York, New York