UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA,                  :

              -v.-                                    :                20-cr-363 (PKC)

JUDON MCBRIDE,                              :                <u>ORDER</u>

                      Defendant.                   :
-----------------------------------------------------------------------X

CASTEL, U.S.D.J.

        Bail hearing is scheduled for December 7, 2020 at 11:00 a.m. by videoconference.

        SO ORDERED.

                                                                                               P. Kevin Castel
                                                                           United States District Judge

Dated:  November 24, 2020
           New York, New York