UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                         20-cr-363 (PKC)

      -against-

                                                                                        ORDER

JUDON MCBRIDE,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter will be held telephonically on February 8, 2021 at 12 p.m.  The call-in information for this teleconference is:

        Dial-in:       (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                                          P. Kevin Castel
                                                        United States District Judge

Dated:  New York, New York
          February 4, 2021