UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        20-cr-363 (PKC)

      -against-                                          <u>ORDER</u>

JUDON MCBRIDE,

                     Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

1. The above action is set for trial on April 27, 2021 at 9:30 a.m. in a courtroom to be announced prior to trial.

2. The dates for the parties' respective pretrial submissions are set forth in the Court's minute entry for the conference of February 8, 2021. The government's submissions of March 5, 2021 shall also include a description of its 404(b) evidence.

3. The government shall promptly confirm its consent to produce 3500 materials 7 days prior to trial.

4. The final pretrial conference is rescheduled to April 13, 2021 at 3 p.m. in a courtroom to be announced.

SO ORDERED.

                                                     P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
        March 2, 2021