# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 15, 2021

*By ECF and by e-mail*

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted. Defendant's motions in limine will be due on March 26, 2021.
SO ORDERED.
Dated: 3/16/2021

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

Re:     *United States v. Judon McBride*, 20 Cr. 363 (PKC)

Dear Judge Castel:

[ I write on consent (Assistant U.S. Attorney Marguerite Colson) to respectfully request that the Court extend the deadlines for Mr. McBride's motions-in-limine by one week. ] The Court has set the following schedule:

- Government's motions in limine, requests to charge, and voir dire due by March 5, 2021;
- Defendant's response, and any motions or requests are due by March 19, 2021;
- Government's reply due on April 9, 2021;
- Final pretrial conference scheduled for April 13, 2021;
- Trial set for April 27, 2021.

I am juggling a number of cases which require immediate attention, and will need additional time to respond to the Government's motions in limine and file motions on behalf of Mr. McBride. Accordingly, I respectfully request that the Court adjust the motion schedule by one week.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:     Marguerite Colson, Esq., by ECF