UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      20-cv-363 (PKC)

      -against-                                           ORDER

JUDON McBRIDE,

                           Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a pretrial conference in this case at 12 p.m. on Friday, April 23, 2021.  Defense counsel will have a teleconference with his client approximately 15 minutes prior to the proceeding.

        The dial-in information for the proceeding is:

        CALL-IN:        888-363-4749

        PASS CODE:     3667981#

        Members of the public must mute their phones and are not permitted to speak during the proceeding.

        SO ORDERED.

                                                    P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       April 21, 2021