Case 1:20-cr-00363-PKC   Document 54   Filed 04/21/21   Page 3 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA            :

    - v. -                            :            20 Cr. 363 (PKC)

JUDON MCBRIDE,                       :

        Defendant.                 :

---------------------------------------------------------------x

Upon the request of defendant Judon McBride, by his counsel Martin Cohen, Esq.,

and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center –

New York, and the United States Marshals Service accept the following clothing for Mr.

McBride, Register Number 88002-054, to wear for appearances at his trial commencing on

April 27, 2021 and continuing thereafter:

1. Two pairs of black slacks;
2. Three button-down shirts;
3. Five pairs of socks;
4. One pair of shoes;
5. One belt;
6. Five pairs of underwear;
7. Five white undershirts;
8. One suit jacket.

Dated: New York, New York
     April 21, 2021

SO ORDERED:

**HONORABLE P. KEVIN CASTEL**
United States District Judge

1