# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

December 7, 2020

Application Granted. Sentencing adjourned to October 6, 2021 at 11:00 a.m.

So Ordered: /s/ Hon. P. Kevin Castel

Hon. P. Kevin Castel, U.S.D.J.

6-16-21

By ECF

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Judon McBride*, 20 Cr. 363 (PKC)

Dear Judge Castel:

I write with the consent of the Government to respectfully request the Court adjourn Mr. McBride's sentencing, currently scheduled for Tuesday, July 27, 2021 to a date on or after September 27, 2021.

I have recently returned to the Federal Defenders from parental and medical leave, and I will be taking over Mr. McBride's case for sentencing. This adjournment will allow me to review the trial record and prepare a mitigation submission for the Court's review. I will be on trial in mid-September, so a date after that trial is preferred.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc:   Marguerite Colson, Esq., by ECF and by e-mail