The Honorable P. Kevin Castel
U.S. District Courthouse -- SDNY
500 Pearl Street
Manhattan, N.Y. 10007-1312

Dear Judge Castel:

I know that you are familiar with the details of my case, so I wanted to write to you and tell you a little more about the person who will appear in front of you and some of my life's journey before my arrival in Your Honor's courtroom. I hope the following will give you some additional insight into me, the person -- in my own words.

My life: As Your Honor knows, I am a middle aged man with a history of troubles. None of them are without a back-story; ultimately what I used to refer to as an excuse for what happened to me. For years -- I referred to the various situations and resulting consequences in a never-ending blame game. I had convinced myself that nothing that I was ever accused of was really my fault.

After some recent soul searching, discussed below, I realize that I am responsible for my own actions. It is not easy for me to admit to the real problem. It has been me all along I have to make the necessary changes in my life to avoid dying in my repeated in-again-out-again prison life. As Your Honor knows, I spent 14 years in the custody of the State for a previous, and serious, offense. Those were tough years for me -- although deserved. I spent the best part of my life locked up. I thought about how I needed to change at one point and pursued -- and received -- my GED in 2007. I was proud of that, but it was not enough.

When I came back to the streets in 2010 I wanted a family for the first time and was a lucky man who met a beautiful woman. Shortly after we met, we were blessed with a daughter who became the light in my world. Life was still tough as a felon, seeking work, and gaining others trust -- but in the evenings when I was home with my family...life was perfect. I had the feeling like my time of prayers for a better life were all coming to me. I saw the best parts of life others talked about while I was incarcerated. They were experiences I missed out on. Yet -- with my new family, I was finally able to feel the joy.

Sadly, Your Honor -- all of this exuberance and beauty crashed down when my beautiful baby girl (Jaylah) died from SIDS (sudden infant death syndrome). In

reality -- there was very little for me to live for at that point. That was God's precious little girl that he brought to me as a gift -- and she was taken from me. I was helpless and depressed beyond the lowest lows I had ever experienced in my life. From that day until present -- I am unable to shake that depressive emotion whenever I am faced with a challenge.

I struggled for years after that trying to act tough -- or manly -- when others offered their love and support. I acted out -- as if it was just a bad situation; when it was more devastating that I can describe -- ever. Her brief life was perhaps the most beautiful moments of my life. I wandered for years in and out of various levels of sobriety. The void was never filled. It never will. I am not sure how anyone else would have dealt with this -- but I was not well. As I faced the regular challenges of life after that, I questioned why I was still alive -- praying at times to switch places with Jaylah.

I have been reading a lot since my arrest (May 2020), during the endless lock-downs, about self-esteem and self-worth; like The Seven Habits of Highly Successful People (by Stephen Covey). Even though I try to follow that guidance, sometimes I question if I am worthy of that type of personal success. I may always struggle with that for the rest of my life -- but for now, I realize what the issue is and that maybe there is a place to turn for answers. The isolation of the past 2 years may be the inflection point, inspiring change for the better.

My current incarceration: I am the sole reason I have experienced the last two years of isolation and despair. There is no one else to blame. From the first days after my arrest, MCC's detention environment was awful: 24/7 lockdown scenarios that repeated themselves day-after-day, week-after-week. Each time I tried to cheer up -- convincing myself that things could not get worse, I got through that depressed moment only to find out that things did get worse. MCC (like MDC after my August 2021 transfer) was so grossly under-prepared and under-equipped to handle the medical stresses of the COVID pandemic. Under CDC's standards, I am a high-risk individual; with above 30 BMI, and pre-diabetes and high blood pressure. I was infected at MCC and subsequently at MDC. I still suffer breathing issues; primarily when I lie down to sleep. Medical people have told me I have long-term COVID but they have offered no remedies but Tylenol.

It turned out that the two institutions appeared to care as little for their own employees as they did for us. There were days at both institutions when the officers despair was emotionally lower than ours. On countless occasions

detainees were forced into service -- providing food delivery door-to-door, along with hot water and garbage collection service as the rodent population arrived.

The living environment was so severe that as I reflected on my situation in prayers with God; I thought about being "here" because God wanted me to see that there is always worse unless I take positive steps. I believe the message for me is that I need to seek the necessary emotional, mental, and physical help to re-start my "better path"; like I did in 2010. The lack of family communication with my Mom, especially, for too many months in a row, and not having regular exercise, sunlight, and showers was more than cruel. I wasn't the only person going through it -- but that did not make it right for any of us.

Others I spoke with in here after their sentencing repeated some compassionate statements their Judges made about the severity of confinement for all of us as mitigating sentencing factors. I know that the Courts (and intermittent media attention) have done a decent job exposing the horrific conditions -- for the extended 2 years that never improved. They were consistently referred to as unacceptable. The most surreal part of it was that the first few months (or so) when the pandemic took the world by surprise, preparedness had a valid excuse. But -- when the same mistakes or lack of medical response were the sole mitigating factors, the institution failed its own staff as well as us.

Ultimately I have no one to blame for going through these last two nightmarish years but me. I accept that. If there is a guiding light from this horror-show, I pray that God will continue to guide me with clarity to never forget my life's previous tribulations and turn them into strengths for me to deal with life's challenges for the rest of my days.

Your Honor, I hope this letter offers you a little insight into me as a human being -- something I have not felt like for a long time. I appreciate your time in considering my circumstances and pray for better days ahead. God bless.

Sincerely, Judon McBride

Judon McBride